UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 4:20-cr- 12 |
| v. | ) McDonough/Lee |
| | ) |
| RAYMOND BELCHER | ) |
| and | ) |
| CHRISTOPHER BATTLES | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about February 2020, to on or about April 29, 2020, in the Eastern District of Tennessee, the defendants, RAYMOND BELCHER and CHRISTOPHER BATTLES, and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly and intentionally distribute 28 grams or more of a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

### COUNT TWO

The Grand Jury further charges that on or about July 5, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that on or about July 10, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that on or about July 12, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The Grand Jury further charges that on or about July 16, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

The Grand Jury further charges that on or about July 25, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

The Grand Jury further charges that on or about July 29, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The Grand Jury further charges that on or about August 5, 2019, in the Eastern District of

Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

The Grand Jury further charges that on or about August 7, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TEN

The Grand Jury further charges that on or about August 9, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

The Grand Jury further charges that on or about August 12, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

The Grand Jury further charges that on or about August 16, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN

The Grand Jury further charges that on or about August 16, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOURTEEN

The Grand Jury further charges that on or about September 3, 2019, in the Eastern District of Tennessee, the defendant, RAYMOND BELCHER, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTEEN

The Grand Jury further charges that on or about April 22, 2020, in the Eastern District of Tennessee, the defendant, CHRISTOPHER BATTLES, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTEEN

The Grand Jury further charges that on or about April 22, 2020, at a time separate from that in Count Fifteen, in the Eastern District of Tennessee, the defendant, CHRISTOPHER BATTLES, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTEEN

The Grand Jury further charges that on or about April 23, 2020, in the Eastern District of

Tennessee, the defendant, CHRISTOPHER BATTLES, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHTEEN

The Grand Jury further charges that on or about April 28, 2020, in the Eastern District of Tennessee, the defendant, CHRISTOPHER BATTLES, did knowingly and intentionally distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETEEN

The Grand Jury further charges that on or about April 29, 2020, in the Eastern District of Tennessee, the defendant, CHRISTOPHER BATTLES, did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

J. DOUGLAS OVERBEY
United States Attorney

By: _____
Scott A. Winne
Assistant U.S. Attorney