CRIMINAL CASE COVER SHEET      U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): McMinnville, Warren County

Defendant Information:

Juvenile _____ Yes __X__ No      Matter to be Sealed: _____ Yes __X__ No

Defendant Name: Raymond Belcher and Christopher Battles

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __19__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 21:841(a)(1), (b)(1)(B), & 846 – Conspiracy to distribute 28 grams or more of a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance | 1 |
| Set 2 | 21:841(a)(1) & (b)(1)(C) – Distributing a mixture and substance containing cocaine, a Schedule II controlled substance | 2-11, 13 |
| Set 3 | 21:841(a)(1) & (b)(1)(C) – Distributing a mixture and substance containing cocaine base, or "crack," a Schedule II controlled substance | 12, 14-19 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):

| Case Number | Defendant's attorney | How related |
|---|---|---|

Criminal Informations:
Pending criminal case: No __X__ Yes _____ Case No. _____

New Separate Case _____ Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____ Appointed: _____ Signature of AUSA: *[signature]*

Date: 9/22/2020