# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | TENNESSEE |
|---|---|---|

USA

V.

CHRISTOPHER BATTLES

## EXHIBIT AND WITNESS LIST

Case Number:  4:20-CR-12-002

| PRESIDING JUDGE<br>Susan K. Lee | PLAINTIFF'S ATTORNEY<br>Frank Clark | DEFENDANT'S ATTORNEY<br>Martin Lester |
|---|---|---|
| TRIAL DATE (S)<br>9/25/2020 | COURT REPORTER<br>Digital Recording-Courtroom 1B | COURTROOM DEPUTY<br>Stefanie Capetz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/25/2020 | y | y | Pretrial Services Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.